Name **GARY BRADSHAW**
Street Address **332 ELM ST**
City and County **MADERA MADERA**
State and Zip Code **CA 93638**
Telephone Number **NONE**

MY MAILING ADDS IS 1625 HOWARD RD P.O. BOX 455

FILED
OCT 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **1:18-cv-1415-DAD-EPG**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: GARY BRADSHAW
  Street Address:
  City and County: MADERA • MADERA CO
  State and Zip Code: CA 93638
  Telephone Number: NONE

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: To MR DT AT WHITE HOUSE
  Job or Title (if known): THE PRESIDENT OF USA
  Street Address: 1600 PENNVAINIZA AVE
  City and County:
  State and Zip Code: WASHTION DC 20500
  Telephone Number: (1-202-A5614)
  9 AM TO 500 PM ONLY M—F

  Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:

2

Defendant No. 3

    Name _____

    Job or Title (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

Defendant No. 4

    Name _____

    Job or Title (if known) _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☐ Federal question      ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* GARY BRAD, is a citizen of the State of *(name)* CA. —SHAW

       Yes

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is
   incorporated under the laws of the State of *(name)*
   _____, and has its principal place of
   business in the State of *(name)* _____. *Or* is
   incorporated under the laws of *(foreign nation)*
   _____, and has its principal place of
   business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____
_____
_____
_____
_____

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-12, 2018

Signature of Plaintiff X Gary Bradshaw

Printed Name of Plaintiff GARY BRAD SHAW



To-you-sir-mr-DT-At-wHiTe HoUse
1600-PeNNVMiNiZA Ave
WASHTION-DC-20500
703-5713343 OR → FAX 2060
OR-1202-4561414



To Whom it may Concern:

Mr. Dt. Paulhaus
1600 Pa. Ave
Washington DC - 20500
Tel: 15 - 202 - 456 - 7474
Apt US Cap US - HOSPITALIZATION
Animal - 1400 USA 465
#$32) Kids - HOSPITALIZATION
He + her over 930 € CHILDREN'S US
INDIANA 94
SHAR 93636
TRACK
U.S. $100
STAR @ Millor
MISSE DeFni

#9 The- men miss Tim name nickenbucks I was floccccccccc from say captus #53329 to you sir Mr-A-A white house-1600-penn wash on pc #0500000 How come si12-you have payep your bills

#100,000,000 #100mill



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $3.45 | | 0637 |
| $ | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.50 | | |
| $ | | 10/03/2018 |
| Total Postage and Fees $6.70 | | |
| $ | | |

Sent To: MR. DT-AT-WHITE
Street and Apt. No., or PO Box No.: HOUSE 1600-PENNVANIZA
City, State, ZIP+4: WASHITON-DC-20506 AVE

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

```
                    MADERA
                  201 S D ST
                    MADERA
                      CA
                  93638-9998
                  0546740637
10/03/2018      (800)275-8777      1:17 PM
==============================================

Product                Sale         Final
Description            Qty          Price

BarnSwllw #10           1          $0.63
Env
    (Unit Price:$0.63)
First-Class             1          $0.50
Mail
Letter
    (Domestic)
    (WASHINGTON, DC 20500)
    (Weight:0 Lb 0.70 Oz)
    (Estimated Delivery Date)
    (Saturday 10/06/2018)
Certified               1          $3.45
    (@@USPS Certified Mail #)
    (70180680000113375611)
Return                  1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940234957275186111)
Affixed                 1         ($0.50)
Postage
    (Affixed Amount:$0.50)

Total                              $6.83

Cash                               $7.00
Change                            ($0.17)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


            Preview your Mail
            Track your Packages
            Sign up for FREE @
          www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

          HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                  Go to:
        https://postalexperience.com/Pos

        840-5950-0094-003-80022-92844-02

              or scan this code with
              your mobile device:
```



```
              or call 1-800-410-7420
             YOUR OPINION COUNTS
```



# Social Security
## Supplemental Security
### Notice of Change in Payment

Date: November 26, 2017
Claim Number: 545...

We plan to increase your monthly Supplemental Security Income (SSI) payment from $735.00 to $750.00 beginning January 2018. The amount will change because the cost of living increased during the past year. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.

The rest of this letter explains more about your SSI payments. It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

### When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of $750.00 around January 1, 2018, and on the first of each month after that.

### If You Work Or Want To Return To Work

We have a program called Ticket to Work that helps people receiving disability benefits go to work. The Ticket to Work program is voluntary and won't cost you anything. If you participate in the program, employment networks or your State vocational rehabilitation agency can help you find, prepare for, and keep a job. You can find a list of service providers, benefits and work incentives counselors, and get your questions answered by contacting the Ticket to Work helpline at 1-866-968-7842 (TTY 1-866-833-2967). You also can visit www.choosework.net and select "Find Help."

See Next Page

SSA-L8151

